UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-cv-23924-KMM

PINES NURSING HOME (77), INC.,

    Plaintiff,

v.

PHARMERICA CORP.,

    Defendant.                    /

## ORDER GRANTING JOINT MOTION FOR DISPOSITION OF REMAINING SETTLEMENT FUNDS

THIS CAUSE is before the Court upon the Joint Motion of the Parties for Approval of the Disposition of Remaining Settlement Funds (ECF No. 107). Therein, Plaintiff/Class Representative Pines Nursing Home (77), Inc. and Defendant PharMerica Corporation request approval to make *cy pres* distributions proposed by them from uncashed settlement checks totaling $41,558.00 ("Remaining Monies").

UPON CONSIDERATION of the Joint Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Joint Motion (ECF No. 107) is GRANTED. The Court hereby approves the following distributions: 50% of the Remaining Monies shall be donated to the Center for State Enforcement of Antitrust and Consumer Protection Laws, Inc. and the other 50% of the Remaining Monies shall be donated to the Public Justice Foundation.

DONE AND ORDERED in chambers at Miami, Florida this 14th day of September 2016.

                                                   _____
                                                 K. MICHAEL MOORE
                                               CHIEF UNITED STATES DISTRICT JUDGE

c:    All Counsel of Record